IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN MURPHY, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

PRECISION CASTPARTS CORP., MARK DONEGAN, and SHAWN R. HAGEL,

Defendants.

Case No. 3:16-cv-00521-SB

**JUDGMENT**

Based on the Court's OPINION AND ORDER, the Court enters summary judgment for defendants Precision Castparts Corporation, Mark Donegan, and Shawn Hagel, on all of Lead Plaintiffs' claims in the Amended Class Action Complaint for Violation of the Federal Securities Laws, and DISMISSES this case with prejudice.

DATED this 24th day of May, 2021.

Stacie F. Beckerman

HON. STACIE F. BECKERMAN
United States Magistrate Judge