UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 09 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AMF PENSIONSFORSAKRING AB and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Lead Plaintiffs,

Plaintiffs - Appellants,

and

KEVIN MURPHY and KBC ASSET MANAGEMENT NV,

Plaintiffs,

v.

PRECISION CASTPARTS CORP.; et al.,

Defendants - Appellees.

No. 21-35516

D.C. No. 3:16-cv-00521-SB
U.S. District Court for Oregon, Portland

**MANDATE**

The judgment of this Court, entered July 18, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7